Case 5:23-cv-01224-JKP   Document 1   Filed 09/22/23   Page 1 of 1

FILED
SEP 22 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___ DEPUTY CLERK

U.S.D.C

Alleny center

V.

~~[stricken]~~ **SA23CA1224JKP**

S.D.S.H.; Texas H.H.S., Bexar County, TX; State of Texas

Petition For A Writ of Habeas Corpus Under 28 §2241

1(a) Alleny Lubbock center
  (b)
2(a) S.D.S.H
  (b) 6711 S. New Braun., 78223
  (c) 000335084-681115523
3. State
4(a) Bexar County Court        (c) unknown
  (b) 2021CR9695               (d)
7. yes (a)(1) U.S.D.C. West    (4)
      (2) ___                  (5)
      (3) ___                  (6)
8. no                          9. no
10. yes (a) yes (1) U.S.D.C. West  (4)
       (2) ___                    (5)
       (3) ___                    (6)
   (b) no
   (c) Recently submitted
11. no
12. yes (a) Controlled Substance Habeas corpus (6) ___
       (b) Bexan County Dist. Clerk              (7) ___
       (c) 5/30/22                               (8) ___
       (d) 2021CR9695
13. Ground 1: omission of amendment 5, 6, 14
   / 18(355,751; 13)(24c) / 18(775)(585; 13)(24c) / 18(575,79c; 13)(24c)
   (a) I am unlawfully detained and in custody of the above
   defendants. deprived of due process for the extent of 120 days and
   deprived speedy trial for those 120 days
14. ___
15. I need to go home
73F7 23.9.2.18                    Probens
                                  (UCU308) /pro se/