**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **ELLERY CARTER, SID #681667,** | § |
| | § |
| Petitioner, | § |
| | §   SA-23-CV-01224-JKP |
| v. | § |
| | § |
| **BEXAR COUNTY SHERIFF** | § |
| **JAVIER SALAZAR,** | § |
| | § |
| Respondent. | § |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Petitioner Ellery Carter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to exhaust state remedies and based on the *Younger* abstention doctrine, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Ellery Carter's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED**.

SIGNED this 3rd day of October, 2023.

*/s/ Jason Pulliam*
JASON PULLIAM
UNITED STATES DISTRICT JUDGE